IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LOPEZ, ) | |
|       Petitioner, ) | No C 05-4871 VRW (PR) |
| vs. ) | ORDER |
| A P KANE, Warden, ) | |
|       Respondent. ) | |

      Petitioner has filed a notice of appeal and request to proceed in forma pauperis on appeal, which, good cause shown, is granted.

      The clerk shall process the notice of appeal. No certificate of appealability ("COA") pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b) is required in this case because the Ninth Circuit has made clear that a state prisoner challenging a parole board's administrative decision to deny his request for parole need not obtain a COA. See <u>Rosas v Nielsen</u>, 428 F3d 1229, 1232 (9th Cir 2005).

      SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge

G:\PRO-SE\VRW\HC.05\Lopez1.coa.wpd